**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7169**

HAROLD SMITH,

                              Plaintiff - Appellant,

          versus

JOHN D. LEDFORD, Sheriff; JAMES HARWOOD,
Captain; DENNY GOFORTH, Chief Deputy; EDDIE
RICE, Jail Administrator,

                              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Senior
District Judge.  (1:06-cv-00152)

Submitted: October 17, 2006         Decided: October 24, 2006

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith v. Ledford</u>, No. 1:06-cv-00152 (W.D.N.C. May 22, 2006, June 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>